**RECEIVED**

JUN 1 6 2020

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| James Douglas Kiewel | Plaintiff(s), | 20-cv-1395 ADM/LIB |
| vs. | | Case No. _____ |
| Scott Hickok | | (To be assigned by Clerk of District Court) |
| | | |
| Pat Wolfe | | |
| | | |
| Mary Doohan | | |
| | | |
| Fridley City, Et Al | | |

DEMAND FOR JURY TRIAL
        YES ___   NO ✓

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit.  Please attach additional sheets if necessary.)

## COMPLAINT

### PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

a. Plaintiff

| | |
|---|---|
| Name | James D. Kiewel |
| Street Address | 1631 Rice Creek Road |
| County, City | Fridley / Minnesota |
| State & Zip Code | Minnesota 55432 |
| Telephone number. | 763-574-0266 |



SCANNED

JUN 17 2020

U.S. DISTRICT COURT MPLS

List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

| | |
|---|---|
| Name | Scott Hickok |
| Street Address | 7071 University Avenue N.E. |
| County, City | Anoka, Fridley |
| State & Zip Code | Minnesota  55432 |

b. Defendant No. 2

| | |
|---|---|
| Name | PatWolfe |
| Street Address | 7071 University Avenue N.E. |
| County, City | Anoka, Fridley |
| Minnesota 55432 | |

c. Defendant No. 3

| | |
|---|---|
| Name | Mary Dooher |
| Street Address | 7071 University Avenue N.E. |
| County, City | Anoka, Fridley |
| State & Zip Code | Minnesota  55432 |

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction.  Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Question          ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply.

1.  Unites States Constitution article 14 Section 1. reads in part:  "nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

2.  28 U.S.C. § 1331 Depriving persons of rights or privileges.

3.  42 U.S.C. § 1985 Conspiracy to interfere with civil rights.

4.  28 U.S.C. § 1343.  Civil Rights and Elective Franchise.

If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                                    State of Citizenship:

Defendant No. 1:                                   State of Citizenship:

Defendant No. 2:                                   State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? (*check all that apply*)

G Defendant(s) reside in Minnesota   G Facts alleged below primarily occurred in Minnesota

G Other: explain


STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.    That: Fridley Rental Property Inspections Division on 3/5/2020 by first class mail issued notice stating in part: "The county records reflect a current non-homestead status therefore, it is assumed the occupants are renting the property. Now that it appears the property is rental, the City of Fridley is requiring a Rental License and rental inspection." as hereto attached, (Appn-1).

8.    That: Plaintiff, James Kiewel, responded on 3/19/2020 with: One Administrative Notice of Contested Case as hereto attached, (Appn-A).

4

9.   That: Fridley Rental Property Inspections Division failed to respond to Plaintiffs request for administrative due process.

10.  That: Defendant(s), Fridley Rental Property Inspections Division Pat Wolfe / Scott Hickok, approximately 7 weeks later, made false claim, by first class mail notice, issued May,12, 2020 stating in part: "You did not respond to the letter sent on March 5, 2020." as hereto attached, (Appn-2).

11.  That: Plaintiff James Kiewel again responded to Defendant(s), Fridley Rental Property Inspections Division agents, Pat Wolfe / Scott Hickok, by Personal Service, on May 29, 2020 with: One, Notice of Administrative Procedures  Act Contested Case as hereto attached: (Appn-B), + One, Proof of proper service letter with attached, March 19, 2020 Personal Service document. (Appn-3).

12.  That:  A few days later, on June 2, 2020, Defendant, Fridley Rental Property Inspections Division  had a document stating: "Posted to Prevent Occupancy", indicating the signature of  Community Development Director, Scott Hickok, placed on Plaintiff's property at 1627 Rice Creek Road, Fridley. As hereto attached, (Appn-4).

13.  That:  Defendant(s), Fridley Rental Property Inspections Division, by first class mail, issued notice dated June 2, 2020, confirming Property Posting. As hereto attached,  (Appn-5).

The City of Fridley, the Defendant, by way of their Agent(s), Scott Hickok, Pat Wolfe, Mary Doohan, have  Arbitrarily and Capriciously sought to identify the Plaintiff, private citizen James D. Kiewel as a "person" and "individual" similarly situated with that of a corporation by ignoring repeated request for due process proceedings in deprivation of Plaintiff's  right to life, liberty and property.

1.  Unites States Constitution article 14 Section 1. reads in part:  "nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

2.  28 U.S.C. § 1331 Depriving persons of rights or privileges.

3.  42 U.S.C. § 1985 Conspiracy to interfere with civil rights.

4.  28 U.S.C. § 1343.  Civil Rights and Elective Franchise.

*James Douglas Kiewel* 6-16-20

|  |  |
|---|---|
| Plaintiff | James Douglas Kiewel.   June 16, 2020 |
| Street Address | 1631 Rice Creek Road, |
| County, City | Anoka / Fridley |
| State & Zip Code | Minnesota 55432 |
| Telephone Number | Tel:  763-574-0266 |

6